771 A.2d 1232

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL RESOURCES, Appellee**

v.

**John BRYNER, Sr., John Bryner, Jr., Pringle Powder Company, American Glycerin Co., Inc. and Minard Run Oil Company, Appellants.**

Supreme Court of Pennsylvania.

Dec. 27, 1994.

### ORDER

PER CURIAM.

Affirmed.

Justice MONTEMURO is sitting by designation.